IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON / GREENWOOD DIVISION

| | |
|---|---|
| Charles Spearman, | C.A. No. 8:21-1462-HMH |
| Plaintiff, | |
| | **OPINION & ORDER** |
| vs. | |
| Ethicon Endo-Surgery, Inc, Ethicon Endo-Surgery, LLC, | |
| Defendant. | |

Defendant Ethicon Endo-Surgery, LLC is hereby ordered to inform the court of the citizenship of all of its members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004). Ethicon Endo-Surgery, LLC is ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
June 23, 2021